# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri Corporation and INTERSTATE FIRE AND CASUALTY COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED SPECIALTY INSURANCE COMPANY, a Delaware Corporation; and DOES 1 through 100, <br><br> Defendants. | Case No. 2:18-cv-00461-KJM-EFB <br><br> **[~~PROPOSED~~] ORDER CONTINUING EXPERT DESIGNATION DATES** <br><br> Assigned to the Honorable Judge Kimberly J. Mueller <br><br> Action filed: March 1, 2018 <br> Trial Date: Not Yet Set <br><br> Initial Expert Designation due date: April 30, 2019 <br><br> Rebuttal Expert Designation due date: May 30, 2019 <br><br> New date for Initial Expert Designation: May 30, 2019 <br><br> New date for Rebuttal Expert Designation: July 1, 2019 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

This Court, having reviewed the Joint Stipulation and Request of Plaintiffs and Defendants filed on April 30, 2019, determines that good cause exists to continue the deadlines originally set by this Court's June 21, 2018 Order, for the parties to exchange initial and rebuttal expert witness designations.

Accordingly, the Court Orders as follows:

PLEASE TAKE NOTICE THAT the Court hereby vacates the April 30, 2019 deadline for the parties to exchange initial expert witness designations.

PLEASE TAKE FURTHER NOTICE THAT the Court hereby vacates the May 30, 2019 deadline for the parties to exchange rebuttal expert witness designations.

/ / /

/ / /

PLEASE TAKE FURTHER NOTICE THAT the Court hereby orders all parties to exchange initial expert witness designations pursuant to Rule 26 of the Federal Rules of Civil Procedure on or before May 30, 2019.

PLEASE TAKE FURTHER NOTICE THAT the Court hereby orders all parties to exchange rebuttal expert witness designations pursuant to Rule 26 of the Federal Rules of Civil Procedure on or before July 1, 2019.

IT IS SO ORDERED.

Dated: May 6, 2019

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE