# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri Corporation and INTERSTATE FIRE AND CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED SPECIALTY INSURANCE COMPANY, a Delaware Corporation; and DOES 1 through 100,<br><br>Defendants. | Case No. 2:18-cv-00461-KJM-EFB<br><br>**ORDER DISMISSING CASE**<br><br>Assigned to the Honorable Judge Kimberly J. Mueller<br><br>Action filed: March 1, 2018<br>Trial Date: Not Yet Set |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to the stipulation between Plaintiffs, American Automobile Insurance Company and Interstate Fire and Casualty Company ("Plaintiffs"), and Defendant, United Specialty Insurance Company, the above-captioned action is hereby dismissed in its entirety, with prejudice.

Plaintiffs and Defendant shall bear their own costs and fees related to this Action.

IT IS SO ORDERED.

DATED: August 5, 2019.

_____
UNITED STATES DISTRICT JUDGE